```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 31363
   SANDRA PAREDES
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

           Debtor
   SSN XXX-XX-1111


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 11/18/2008 and was not confirmed.

     The case was dismissed without confirmation 03/02/2009.
------------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                          PAID           PAID
------------------------------------------------------------------------------
HOME LOAN SERVICES INC    CURRENT MORTG         .00          .00            .00
HOME LOAN SERVICES INC    MORTGAGE ARRE         .00          .00            .00
BANK ONE                  UNSECURED       NOT FILED          .00            .00
GMAC                      UNSECURED        11416.42          .00            .00
ROUNDUP FUNDING LLC       UNSECURED          653.10          .00            .00
RUSH UNIVERSITY MEDICAL   UNSECURED       NOT FILED          .00            .00
HOUSEHOLD                 UNSECURED       NOT FILED          .00            .00
BENNIE W FERNANDEZ        DEBTOR ATTY      2,373.00                         .00
TOM VAUGHN                TRUSTEE                                           .00
DEBTOR REFUND             REFUND                                            .00


         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                     .00
                       ---------------     ---------------
TOTALS                       .00                  .00




              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 08 B 31363 SANDRA PAREDES
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/26/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE